```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                      MIAMI DIVISION
               CASE NO. 10-20736-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

PEDRO CONCEPCION GARCIA,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on November 4, 2010. A Report and Recommendation filed on November 18, 2010 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One and Two of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of January, 2011.

                                                         _____
                                                         DONALD L. GRAHAM
                                                         UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Anthony John Natale, AFPD
        Roger Cruz, AUSA
```